**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 99-1800**

—————————

SALEM JABRI,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

Respondent.

—————————

On Petition for Review of an Order of the Board of Immigration Appeals. (A29-005-735)

—————————

Submitted: February 8, 2000          Decided: March 14, 2000

—————————

Before MICHAEL and KING, Circuit Judges, and BUTZNER, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Bokwe G. Mofor, IMMIGRATION ASSISTANCE CENTER, INC., Silver Spring, Maryland, for Petitioner. David W. Ogden, Acting Assistant Attorney General, Richard M. Evans, Assistant Director, Ellen Sue Shapiro, Senior Litigation Counsel, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Salem Jabri seeks review of the Board of Immigration Appeals' ("Board") decision and order affirming the immigration judge's denial of his motion to reopen deportation proceedings. On petition for review, Jabri argues that the Board erred in its determination that Jabri failed to demonstrate seven years of continuous physical presence in the United States. Our review of the record discloses that the Board properly affirmed the immigration judge's decision and that this appeal is without merit. Accordingly, we affirm on the reasoning of the Board. See In re: Salem Jabri, No. A29-005-735 (B.I.A. May 18, 1999); see also Appiah v. INS, 202 F.3d 704 (4th Cir. 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2